**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ADONIAS ALVAREZ PEREZ**                    **CIVIL ACTION NO. 26-1900**

                                             **SECTION P**

**VS.**

                                             **JUDGE JAMES D. CAIN, JR.**

**WARDEN JACKSON PARISH**                    **MAG. JUDGE KAYLA D.**
                                             **MCCLUSKY**

**CORRECTIONAL CENTER, ET AL.**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Adonias

Alvarez Perez's Fourth Amendment claim is **DENIED AND DISMISSED WITHOUT**

**PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in chambers on this 10th day of July, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE